IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:11CB3008 |
| Plaintiff, | ) | |
| | ) | Citations: NE16-1752685 |
| v. | ) | NE16-1752686 |
| | ) | |
| NORMAN O. SHORT, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

With the agreement of the parties,

IT IS ORDERED:

1) As to citation NE16-1752686 (entering the Veterans Administration premises while under the influence of alcohol), defendant Norman O. Short shall pay a fine of $150.00, plus the Central Violations Bureau processing fee of $25.00. The fine payment, along with a copy of this order, shall be sent to:

    Central Violation Bureau
    PO Box 71363
    Philadelphia, PA 19176-1363

2) The government shall move to dismiss the gun charge (NE16-1752685) upon receiving notice that the fine imposed on the alcohol charge (NE16-1752686) has been paid.

3) The trial of this case, previously set for January 25, 2012, is continued pending further order of the court.

4) The clerk shall mail a copy of this order to the defendant.

DATED this 22nd day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge